CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:26−mj−00803−DJF−1

Case title: USA v. Olsen

Date Filed: 10/30/2026

Date Terminated: 10/30/2026

---

Assigned to: Magistrate Judge
Dulce J. Foster

**Defendant (1)**

**Dennis John Olsen**
*TERMINATED: 10/30/2026*

represented by **Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612−664−5858
Fax: 612−664−5850
Email: katherian_roe@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:2252, 18:48 | |

---

**Plaintiff**

**USA** represented by **Matthew C Murphy**
United States Attorney's Office
District of Minnesota
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612−253−0984
Email: matthew.murphy2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2026 | | Arrest (Rule 5) of Dennis John Olsen (COO) (Entered: 10/30/2026) |
| 10/30/2026 | 1 | Minute Entry for proceedings held before Magistrate Judge Dulce J. Foster: Initial Appearance in Rule 5(c) (3) Proceedings as to Dennis John Olsen held on 10/30/2026. Counsel appointed. Defendant reserves the detention hearing for the District of North Dakota. Defendant is remanded to the custody of the U.S. Marshal pending proceedings in the charging district. (Digital Recording) (COO) (Entered: 10/30/2026) |
| 10/30/2026 | 2 | Brady Obligation Order as to Dennis John Olsen. Signed by Magistrate Judge Dulce J. Foster on 10/30/2026.(COO) (Entered: 10/30/2026) |
| 10/30/2026 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Dennis John Olsen. Defendant committed to District of North Dakota. Signed by Magistrate Judge Dulce J. Foster on 10/30/2026. (COO) (Entered: 10/30/2026) |
| 10/30/2026 | 4 | ORDER OF REMOVAL to District of North Dakota as to Dennis John Olsen. Signed by Magistrate Judge Dulce J. Foster on 10/30/2026. (COO) (Entered: 10/30/2026) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

## COURT MINUTES - CRIMINAL

BEFORE: DULCE J. FOSTER
U.S. MAGISTRATE JUDGE

United States of America,

Plaintiff,

v.

Dennis John Olsen,

Defendant.

| | |
|---|---|
| Case No: | 26-mj-803 (DJF) |
| Date: | October 30, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 1:40 p.m. |
| Time Concluded: | 1:47 p.m. |
| Time in Court: | 7 Minutes |

APPEARANCES:

Plaintiff: Matthew Murphy, Assistant U.S. Attorney
Defendant: Aaron Morrison, Assistant Federal Defender
X FPD X To be appointed

X Advised of Rights

on X Indictment
X Date charges or violation filed: October 8, 2026
X Current Offense: Receipt and possession of images depicting the sexual exploitation of children; Engaging in animal crushing
X **Charges from other District:** North Dakota
X Title and Code of underlying offense from other District: 18:2252(a)(2), 18:2252(a)(4)(B), 18:48
X Case no: 3:26-cr-172

X Defendant reserves the detention hearing for the District of North Dakota.
X Defendant is remanded to the custody of the U.S. Marshal pending proceedings in the charging district.

X Removal hearing waived
X Removal Order to be issued
X Commitment Order to another district to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

s/gep
Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Dennis John Olsen,

Defendant.

Case No: 26-mj-803 (DJF)

**Brady Obligation Order**

---

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: October 30, 2026

*s/Dulce J. Foster*
Dulce J. Foster
U.S. Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

| | | |
|---|---|---|
| United States of America,<br>*Plaintiff,*<br><br>v.<br><br>Dennis John Olsen,<br>*Defendant,* | )<br>)<br>)<br>)<br>)<br>) | Case No. 26-mj-803 (DJF)<br><br>Charging District's Case No. 3:26-cr-172 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of North Dakota.

The defendant: _ will retain an attorney.

X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 30, 2026

s/ *Dulce J. Foster*
*Judge's signature*

DULCE J. FOSTER, United States Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Dennis John Olsen,

Defendant.

---

Criminal No. 26-mj-803 (DJF)

**ORDER OF REMOVAL**

The above captioned case was before the undersigned United States Magistrate Judge for Initial appearance on October 30, 2026. Defendant waived the identity and removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of North Dakota, and he is ordered removed to that district for further proceedings.

Dated: October 30, 2026

*s/Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge